UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: COMPLAINT AND<br>ARREST WARRANT | :<br>:<br>: | CASE NO.: 3:20-mj-19 (RAR)<br><br>February 12, 2021 |

**<u>GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE</u>**

The Government hereby moves to dismiss the complaint in this matter pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. For the reasons set forth below, the complaint should be dismissed without prejudice.

On January 10, 2020, the Court issued an arrest warrant based on the complaint and supporting affidavit. Shortly after agents arrived at the defendant's residence in Florida to effect the arrest warrant on January 13, 2020, the agents discovered deceased members of the defendant's family in the residence. The defendant was immediately taken into custody by Florida state authorities and transported for medical attention. The defendant has remained in Florida state custody since that time, and given the nature of the state proceedings, the defendant was not transferred to federal custody or presented before a federal magistrate. The defendant is currently facing four counts of homicide and one count of felony animal cruelty in the State of Florida.

So that the criminal case in the State of Florida may proceed expeditiously and without undue concern or complications related to the federal complaint, the Government respectfully moves that the Court dismiss the complaint in this matter without prejudice. The Government reserves the right to pursue federal proceedings at some future date.

Respectfully submitted,

THE UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

       /s/
DAVID J. SHELDON
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET/23RD FLOOR
NEW HAVEN, CT 06510
(203) 821-3700
fax: (203) 773-5378
david.sheldon@usdoj.gov

## **CERTIFICATION**

     I hereby certify that on February 12, 2021, a copy of the foregoing was filed electronically, and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

       /s/
DAVID J. SHELDON
ASSISTANT UNITED STATES ATTORNEY